```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    15mc386 (DLC)
IN RE APPLICATION OF ELVIS PRESLEY    :
ENTERPRISES LLC FOR AN ORDER TO TAKE  :           ORDER
DISCOVERY PURSUANT TO 28 U.S.C. § 1782 :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

As set forth on the record at a teleconference held on February 11, 2016, it is hereby

ORDERED that the parties shall meet and confer to attempt to narrow the scope of the proposed discovery production.

IT IS FURTHER ORDERED that, by Thursday, February 18, counsel for Elvis Presley Enterprises LLC shall submit a letter indicating whether the parties have reached agreement about a narrower production, if they need assistance reaching an agreement, or if the parties wish the Court to address the legal issues in the application. If the parties require more time to meet and confer, the letter may indicate a proposed schedule.

Dated:    New York, New York
          February 11, 2016

                                    _____
                                            DENISE COTE
                                    United States District Judge